E-commerce Store

rotwatches.com

Free shipping worldwide!



More Links

**BEST SELLER**    LADIES WATCHES    BOX








Audemars Piguet Royal Oak 41 mm, Silver Ref. 26574ST.OO.1220ST.01
$ 229.00   $ 1,099.00

Replica Rolex Submariner Diamond Sapphire Silver Serti Dial Men's Watch..
$ 229.00   $ 789.00

Replica Omega Seamaster 300m Blue Dial Stick Markers 212.30.44.50.03.001..
$ 229.00   $ 789.00

Replica Omega Speedmaster Date Black Case Stick Markers 44MM
$ 229.00   $ 789.00

TISSOT PRX POWERMATIC 80 DAMIAN LILLARD SPECIAL EDITION - ..
$ 229.00   $ 789.00







Replica Rolex Day Date II Rose Gold Dial Roman Markers 218235 41MM
$ 229.00   $ 789.00

Replica Rolex Datejust Black Dial Stick Markers 116234 36MM
$ 229.00   $ 789.00

Longines Master 40MM Automatic Chronograph Moonphase Brown Alligat...
$ 229.00   $ 789.00

Replica Breitling Chronomat Evolution White Dial Stick Markers B13356 43.7MM
$ 229.00   $ 789.00

Replica Rolex Datejust Rose Gold Case Diamond Markers 116201 36MM
$ 229.00   $ 789.00

View More


















# Rolex

**SUBMARINER**    GMT MASTER    DAYTONA    DAY DATE    YACHT MASTER    DATEJUST    PEARLMASTER    ROLEX







Replica Rolex Submariner Diamond Sapphire Silver S...
$ 229.00    $ 789.00

Rolex Submariner Men's 126610LV 40mm Bracelet
$ 229.00    $ 789.00

Rolex Submariner Men's 40mm 116610LN Watch Bla...
$ 229.00    $ 916.00

Replica Rolex Submariner Black Dial 1680 40mm
$ 229.00    $ 789.00

Rolex Submariner 40mm 116610LV Men's Ceramics...
$ 229.00    $ 789.00

View More

# Amazing reproduction

After many years of technical accumulation, we have made watches to perfection



# Omega

SPEEDMASTER    SEAMASTER    CONSTELLATION    DE VILLE    OMEGA







Replica Omega Speedmaster Date Black Case Stick...
$ 229.00    $ 789.00

Replica Omega Speedmaster Matte Black Dial Men's Lux...
$ 229.00    $ 789.00

Replica Omega Speedmaster Broad Arrow White Dial Stic...
$ 229.00    $ 789.00

Replica Omega Speedmaster Moonwatch Black Dial Stick...
$ 229.00    $ 789.00

Replica Omega Speedmaster Legend Series Black Dial...
$ 229.00    $ 789.00

View More

# Shopping Process

After you place an order, we will contact you via whatsapp to give you a real picture of your watch, what you see is what you receive, if you are not satisfied, please contact us, and we will do our utmost to ensure your satisfaction!







SINCE 1950

# GMT Master

The history of the Rolex GMT-Master dates back to the mid-1950s when Pan Am airlines approached Rolex about a watch that its pilots could use on long-haul flights to simultaneously track multiple time zones. Building upon the design of the existing Turn-O-Graph ref.

Daytona          GMT Master

## Audemars Piguet

**ROYAL OAK**    ROYAL OAK OFFSHORE    AUDEMARS PIGUET

    

Audemars Piguet Royal Oak 41 mm, Silver Ref….
$ 229.00  $ 1,099.00

Audemars Piguet Royal Oak Frosted Gold 33 mm, White..
$ 229.00  $ 1,099.00

Audemars Piguet Royal Oak 41 mm, Blue Ref….
$ 229.00  $ 1,099.00

Audemars Piguet Royal Oak 41 mm, Blue Ref….
$ 229.00  $ 1,099.00

Audemars Piguet Royal Oak 33 mm, Pink Ref….
$ 229.00  $ 1,099.00

View More

# You might want to know this

### 1:1 Clone Watches at Lowest Price

You're not alone! Luxury watches can be super expensive, but that doesn't mean you can't enjoy the look and feel of one. Here at **watchreplica**, we offer high-quality replica watches that are almost identical to the real thing, but at a fraction of the cost.

These watches are made with care and look just as good as the real deal. Plus, we have a wide variety of styles to choose from, so you can find the perfect watch to match your taste.

### Here's why you'll love our replica watches:

**Affordable:** You can finally own a watch that looks like a million bucks without spending a fortune.
**Great Quality:** Our watches are made with top materials and will last for years to come.
**Lots of Choices:** We have all sorts of styles to choose from, so you can find the perfect one for you.

### Worried about buying online?

No problem! Here are some tips:
Read reviews about the seller before you buy.
Make sure the watch has the brand logo and serial number.
Check the materials the watch is made of.
See if the seller has a return policy in case you're not happy.



### Why choose watchreplica?

We're different because:
We use the best materials: Our watches are made to last.
We care about you: We offer great customer service and want you to be happy with your purchase.
We offer fair prices: You won't find any hidden fees here.

Ready to find your perfect Replica watch? Browse our selection of replica watches today! We have a wide variety of styles to choose from, all at amazing prices. Plus, for your convenience, we offer paypal and credit card payments, which are very secure.

Contact us if you have any questions or want to chat with us on WhatsApp. We're always happy to help!

Whatsapp me!


**WORLDWIDE DELIVERY**
Fast Shipping to over 200+ countries, Package Location Tracking Online.


**SAFE PAYMENT**
Secure Payment VIA Paypal, Don't keep any cards information.


**BUYER PROTECTION**
7-day Satisfaction Guarantee, Full Refund if dont receive orders.



Free shipping worldwide!

WØTCHREPLICA

Home    Rolex    Audemars Piguet    IWC    Cartier    Breitling    Longines    Panerai    Patek Philippe    Omega    Montblanc

Tag Heuer    More Links

# Contact Us

We love to hear from you, our team is available to help answer questions and offer styling advice, so if there's anything you'd like to ask us, we're right here and ready to help in every way we can.
We're available to support you via
**Email:** watchvipservice@hotmail.com

**WhatsApp:** +8614739706838

We strive to answer your questions within 24 hours.If one of the WhatsApp does not reply to you, please contact the other WhatsApp account, thank you.
Customer service chat hours:
Monday – Friday 8am – 18pm EST
Now available in English.
**Company address:** SlideShare Inc., 490 2nd St, Suite 300, San Francisco, CA 94107

Please kindly note: During peak seasons and promotional sales, our response time might take a little longer. Please use the same email address you used when placing your order when contacting us, and include your order number in your email.



WØTCHREPLICA

Recently Viewed

🇺🇸 USD ⌄

**SERVICE CENTER**

Shipping policy

Return policy

Privacy policy

Terms of service

**QUICK LINKS**

Search

Login

Register

Tracking Order

Blog

**COMPANY INFO**

About Us

Contact Us

Customer Reviews

**FOLLOW US**

@2006-2024 Watchreplica All Rights Reserved



Free shipping worldwide!

**WATCHREPLICA**  Home  Rolex  Audemars Piguet  IWC  Cartier  Breitling  Longines  Panerai  Patek Philippe  Omega  Montblanc

Tag Heuer  More Links

# Tissot

217 Products                                                                    Sort by  Featured







Tissot Bellissima automatic T1262071601300
$ 229.00  $ 789.00

Tissot Bellissima Small Lady - M double tour strap...
$ 229.00  $ 789.00

Tissot Bellissima small lady T1260101101300
$ 229.00  $ 789.00

Tissot Bellissima Small Lady T1260101113300
$ 229.00  $ 789.00

Tissot Bellissima Small lady T1260101601300
$ 229.00  $ 789.00







Tissot Bellissima Small lady T1260102201300
$ 229.00  $ 789.00

Tissot Bellissima Small Lady T1260102201301
$ 229.00  $ 789.00

TISSOT PRX POWERMATIC 80 DAMIA...
$ 229.00  $ 789.00

Tissot Carson Premium Lady Moonphase...
$ 229.00  $ 789.00

Tissot Carson Premium Gent Moonphase...
$ 229.00  $ 789.00








Tissot T-Complication Squelette Mechanical...
$ 229.00  $ 789.00

Tissot Carson Premium Chronograph...
$ 229.00  $ 789.00

Tissot Carson Premium Lady Moonphase...
$ 229.00  $ 789.00

Tissot Carson Premium Gent Moonphase...
$ 229.00  $ 789.00

Tissot PRC 200 Chronograph...
$ 229.00  $ 789.00







Tissot Carson Premium T1224101603300
$ 229.00  $ 789.00

Tissot Tradition T0636101103800
$ 229.00  $ 789.00

Tissot PRC 200 Chronograph...
$ 229.00  $ 789.00

Tissot Couturier Chronograph...
$ 229.00  $ 789.00

Tissot Tradition T0636101603800
$ 229.00  $ 789.00







Tissot T-Touch Connect Solar T1214204705103
$ 229.00  $ 789.00

Tissot T-Touch Connect Solar T1214204705101
$ 229.00  $ 789.00

Tissot T-Touch Connect Solar T1214204405100
$ 229.00  $ 789.00

Tissot T-Touch Connect Solar T1214204705107
$ 229.00  $ 789.00

Tissot Telemeter 1938 T1424621605200
$ 229.00  $ 789.00







Tissot T-Wave T1122101103600

Tissot Couturier T0354101105100

Tissot PRC 200 Chronograph...

Tissot Carson Premium Chronograph...

Tissot Flamingo T0942102211100

$ 229.00  $ 789.00          $ 229.00  $ 789.00          $ 229.00  $ 789.00          $ 229.00  $ 789.00

< [1] 2 3 4 ... 8 >

## You May Like



Longines Master 40MM Automatic Chr...
$ 229.00  $ 789.00

Replica Breitling Chronomat Evolution...
$ 229.00  $ 789.00

Replica Rolex Datejust Rose Gold Ca...
$ 229.00  $ 789.00

Replica Tag Heuer Grand C...
$ 229.00  $ 789.00

| Quick shop | Quick shop | Quick shop | Quick shop |

← BACK



**WATCHREPLICA**

**SERVICE CENTER**
Shipping policy
Return policy
Privacy policy
Terms of service

**QUICK LINKS**
Search
Login
Register
Tracking Order
Blog

**COMPANY INFO**
About Us
Contact Us
Customer Reviews

**FOLLOW US**

🇺🇸 USD ∨          @2006-2024 Watchreplica All Rights Reserved



















**W TCHREPLICA**
Formerly Watches Replica

## Contact

Already have an account? Log in

Email
████████████████

☑ Email me with news and offers

## Shipping Address

First name
████

Last name
████

Address
████████████████

Apartment, suite, etc. (Optional)

United States

Florida

Postal code
33322

City
Sunrise

🇺🇸 +1 ▼

Phone
████████

## Shipping Method

◉ Free Shipping                                    $ 0.00

## Payment Method

◉ PayPal        PayPal  MasterCard  VISA  AMERICAN EXPRESS

After clicking "Continue to Payment", you will be redirected to PayPal to complete your purchase securely.

## Other Information

Remark

## Billing Address

Select the address that matches your card or payment method.

◉ Same as shipping address

○ Use a different billing address

‹ Return to cart                    **Continue to Payment**

How To Pay With Credit Card?   Terms of service   Shipping policy   Return policy   Privacy policy



Tissot Carson Premium Gent Moonphase    $ 229.00
T1224231604300
Movement: Aaa Replica

Coupon Code                              APPLY

Subtotal                                 $ 229.00
Shipping Cost                            $ 0.00

Total Price                              $ 229.00



Line wrap ☑

```html
<!DOCTYPE html><!--[if lt IE 9]><html lang="en" class="no-js lower-than-ie9 ie desktop"><![endif]--><!--[if lt IE 10]><html lang="en"
class="no-js lower-than-ie10 ie desktop"><![endif]--><!--[if !IE]>--><html lang="en" class="no-js desktop"><!--<![endif]--><head><script
async src="https://www.paypalobjects.com/webcaptcha/ngrlCaptcha.min.js"></script><!--Script info: script: node, template: , date: Jul 26,
2024 04:58:21 -07:00, country: US, language: en web version:  content version:  hostname :
rZJvnqaaQhLn/nmWT8cSUjOx898qoYZ0biQlNiCHKWWofITjgrTvoA8PLHJvIsRh rlogid :
rZJvnqaaQhLn%2FnmWT8cSUotSylMGOTGkRUMDpmUTvbXdvevuMMFAfVpgPHQO3DS15Q%2Bs90pd04ixT6NDYUDsjaXGsyfYmA0x_190eee803ce --><meta charset="utf-8"
/><title>Log in to your PayPal account</title><meta http-equiv="content-type" content="text/html; charset=UTF-8" /><meta
name="application-name" content="PayPal" /><meta name="msapplication-task" content="name=My Account;action-
uri=https://www.paypal.com/us/cgi-bin/webscr?cmd=_account;icon-uri=https://www.paypal.com/en_US/i/icon/pp_favicon_x.ico" /><meta
name="msapplication-task" content="name=Send Money;action-uri=https://www.paypal.com/us/cgi-bin/webscr?cmd=_send-money-
transfer&amp;send_method=domestic;icon-uri=https://www.paypal.com/en_US/i/icon/pp_favicon_x.ico" /><meta name="keywords"
content="transfer money, email money transfer, international money transfer" /><meta name="description" content="Transfer money online in
seconds with PayPal money transfer. All you need is an email address." /><link rel="shortcut icon"
href="https://www.paypalobjects.com/en_US/i/icon/pp_favicon_x.ico" /><link rel="apple-touch-icon"
href="https://www.paypalobjects.com/webstatic/icon/pp64.png" /><link rel="canonical" href="https://www.paypal.com/us/signin" /><meta
name="viewport" content="width=device-width, height=device-height, initial-scale=1.0, maximum-scale=2, user-scalable=yes" /><meta
property="og:image" content="https://www.paypalobjects.com/webstatic/icon/pp258.png" /><meta name="robots" content="noindex"><link
rel="stylesheet" href="https://www.paypalobjects.com/web/res/63d/6bc5fc0ddf27de2d6291391223b/css/contextualLoginElementalUIv4.css" /><!-
-[if lte IE 9]><link rel="stylesheet" href="https://www.paypalobjects.com/web/res/63d/6bc5fc0ddf27de2d6291391223b/css/ie9.css" /><!
[endif]--><!-- build:js inline --><!-- build:js<2 js/lib/ --><script nonce="N5SWU4hbRZ1g4m4FGWFFf/ag5Z3hy3db5Z6qyfcLuC45lyEe"
src="https://www.paypalobjects.com/web/res/63d/6bc5fc0ddf27de2d6291391223b/js/lib/modernizr-2.6.1.js"></script><!-- /build --><!--
/build --><style id="antiClickjack">body {display: none !important;}</style><script
nonce="N5SWU4hbRZ1g4m4FGWFFf/ag5Z3hy3db5Z6qyfcLuC45lyEe">/* Special integration eligibility check */function isEligibleIntegration(){var
sxf = "true";return sxf === 'true' || window.name === 'PPFrameRedirect';}/* Don't bust the frame if this is top window */if (self === top
|| isEligibleIntegration()) {var antiClickjack = document.getElementById("antiClickjack");if (antiClickjack)
{antiClickjack.parentNode.removeChild(antiClickjack);}} else {top.location = self.location;}</script></head><body class="desktop"data-
rlogid="rZJvnqaaQhLn%2FnmWT8cSUotSylMGOTGkRUMDpmUTvbXdvevuMMFAfVpgPHQO3DS15Q%2Bs90pd04ixT6NDYUDsjaXGsyfYmA0x_190eee803ce"data-
hostname="rZJvnqaaQhLn/nmWT8cSUjOx898qoYZ0biQlNiCHKWWofITjgrTvoA8PLHJvIsRh"data-production="true"data-enable-adi-captcha="true"data-
disable-adi-challenge="true"data-challenge-url="/auth/createchallenge/2d15d08794f7fc27a/challenge_js"data-enable-client-cal-
logging="true"data-correlation-id="f507576f6fce9f"data-enable-fn-beacon-on-web-views="true"data-phone-password-enabled="true"data-is-
hybrid-login-experience="true"data-phone-code="US +1"data-csrf-token="nvKJ2MODkKc/SB2UK8ASZ7YWt+TIEaeZfybLM="data-
nonce="N5SWU4hbRZ1g4m4FGWFFf/ag5Z3hy3db5Z6qyfcLuC45lyEe"data-lazy-load-country-codes="true"data-cookie-banner-enabled="true"data-web-
authn-support-lookup="true"data-show-country-drop-down="true"data-otp-login-integration-type="via_button"data-email-label="Email" data-
xhr-timeout-limit="true"data-load-start-time="1721995101134"data-xhr-timeout-ineligible-list="MSIE 10|Windows NT 10"data-cookie-banner-
variant="hidden"data-device_identifier="316f5b8b13304e6e8507fc10c27fe53a1720187745598"><noscript><p class="nonjsAlert" role="alert">NOTE:
Many features on the PayPal Web site require Javascript and cookies.</p></noscript><div id="main" class="main" role="main"><section
id="login" class="login" data-role="page" data-title="Log in to your PayPal account" class="corral"><div class="rewardsBar hide">
<div class="displayRewards"><div class="rewardsContainer"><span class="trophyContainer hide"><span class="trophyIcon" aria-label="Trophy
Icon"></span></span><span class="dealsContainer hide"><span class="dealsIcon" aria-label="Deals Icon"></span></span><span
class="rewardsMessage"></span></div></div><div class="rewardsCloseIcon"><img src="https://www.paypalobjects.com/paypal-
ui/icons/v3/svg/close.svg" class="rewardsCloseBtn" aria-label="dismiss banner"></div></div></div><div id="content" class="contentContainer
activeContent contentContainerBordered"><header id= "header" ><a role="img" aria-label="PayPal Logo" class="paypal-logo paypal-logo-long">
</a></header><h1 id="headerText" class="headerText" >Pay with PayPal</h1><p id="emailSubTagLine" class="subHeaderText ">Enter your email
address to get started.</p><p id="phoneSubTagLine" class="subHeaderText">Already set up to use your mobile number to log in? Type it
below. Otherwise, click the link to log in with email.</p><p id="smsLoginTagLineConnectOtp" class="subHeaderText hide">Forgot your email
address? Go to the PayPal website to recover it.</p><p id="pwdSubTagLine" class="subHeaderText hide">With a PayPal account, you're
eligible for Purchase Protection and Rewards.</p><p id="eligiblePurchaseSubTagLine" class="subHeaderText hide">Your eligible purchases are
covered by PayPal's Buyer Protection program. <a href="/us/webapps/mpp/ua/buyer-protection?locale.x=en_US">See terms</a></p><div
class="notifications"></div><div id="keychainErrorMessage" class="hide"><p class="notification notification-warning blocked-on-8ball
hide">PayPal One Touch&trade; only works for checkout. Please login with your email.</p><p class="notification notification-warning
blocked-on-risky-login hide">Please login with your email and password.</p><p class="notification notification-critical keychain-
activation-failure hide">Something went wrong on our end. Please login with your email and password.</p></p></form action="/signin?
intent=checkout&amp;ctxId=xo_ctx_7CS51782SK1201339&amp;returnUri=%2Fwebapps%2Fhermes&amp;state=%3Fflow%3D1-
P%26ulReturn%3Dtrue%26token%3D7CS51782SK1201339%26ssrt%3D1721995093751%26rcache%3D1%26useraction%3DCONTINUE%26cookieBannerVariant%3Dhidden
&amp;locale.x=en_US&amp;country.x=US&amp;flowId=7CS51782SK1201339" method="post" class="proceed maskable" autocomplete="off"
name="login"autocomplete="off" novalidate><input type="hidden" id="token" name="_csrf" value="nvKJ2MODkKc/SB2UK8ASZ7YWt+TIEaeZfybLM=">
<input type="hidden" id="en_US"><input type="hidden" name="_processSignin" value="main"><input type="hidden" name="fn_sync_data"
value="en_US"><input type="hidden" name="checkout" /><input type="hidden" name="client-context" value="checkout"><input type="hidden"
name="flowId" value="7CS51782SK1201339" /><input type="hidden" name="ads-client-context-data" value="{&quot;context_id&quot;:
{&quot;context_id&quot;:&quot;7CS51782SK1201339&quot;,&quot;channel&quot;:0,&quot;flow_type&quot;:&quot;checkout&quot;}}" /><input
type="hidden" name="ctxId" value="xo_ctx_7CS51782SK1201339" /><input type="hidden" name="isValidCtxId" value="true" /><input type="hidden"
name="coBrand" value="us" /><input type="hidden" name="signUpEndPoint" value="/webapps/mpp/account-selection" /><input type="hidden"
name="showCountryDropDown" value="true" /><input type="hidden" name="isSplitLoginVariant" value="true" /><input type="hidden"
name="hideOtpLoginCredentials" value="true" /><input type="hidden" name="requestUrl" value="/signin?
intent=checkout&amp;ctxId=xo_ctx_7CS51782SK1201339&amp;returnUri=%2Fwebapps%2Fhermes&amp;state=%3Fflow%3D1-
P%26ulReturn%3Dtrue%26token%3D7CS51782SK1201339%26ssrt%3D1721995093751%26rcache%3D1%26useraction%3DCONTINUE%26cookieBannerVariant%3Dhidden
&amp;locale.x=en_US&amp;country.x=US&amp;flowId=7CS51782SK1201339" /><input type="hidden" name="forcePhonePasswordOptIn" value="" /><input
type="hidden" name="returnUri" value="/webapps/hermes" /><input type="hidden" id="flow=1-
P&amp;ulReturn=true&token=7CS51782SK1201339&amp;ssrt=1721995093751&amp;rcache=1&amp;useraction=CONTINUE&amp;cookieBannerVariant=hidden
" /><div class="profileDisplayName hide"><span class="profileDisplayName"></span></div><div class="profileDisplayPhoneCode" dir="ltr">
</span><span class="profileDisplayEmail notranslate"></span></div><div class="notYouLink scTrack:not-you"
id="backToInputEmailLink">Change</a></div><span class="splitEmail" class="splitEmail"><div id= "splitEmailSection" class="splitPhoneSection
splitEmailSection adjustSection"><div class="countryPhoneSelectWrapper hide"><label class="accessAid"for="phoneCode">Choose your phone
country code</label><select name="phoneCode" id="phoneCode" class="countryPhoneSelect"><option selected="selected"value="US +1" data-
code="+1"data-country="US">United States (+1)</option></select></div><div class="countryPhoneSelectChoice"><span class="countryCode">US</span>
<span class="phoneCode">+1</span></div></div><div id="textInput " id="login_emaildiv" class="fieldWrapper"><input
id="email" name="login_email" type="email"class="hasHelp validate validateEmpty " required="required"value=""  autocomplete=
"username"  placeholder= "Email or mobile number" required="required"aria-required="true"/><label for="email"
class="fieldLabel">Email or mobile number</label></div><div class="errorMessage" id="emailErrorMessage"><p class="emptyError"
hide">Required</p><p class="invalidError hide">That email or mobile number format isn't right</p></div></div><a href="/authflow/email-
recovery/?
contextId=7CS51782SK1201339&amp;redirectUri=%252Fsignin%253Fintent%253Dcheckout%2526ctxId%253Dxo_ctx_7CS51782SK1201339%2526returnUri%253D
%252Fwebapps%25252Fhermes%2526state%253Dflow%25253D1-
P%252526ulReturn%253Dtrue%252526token%253D7CS51782SK1201339%252526ssrt%253D1721995093751%252526rcache%253D1%2526useraction%253D
DCONTINUE%252526cookieBannerVariant%253Dhidden%2526locale.x%253Den_US%2526country.x%253DUS%2526flowId%253D7CS51782SK1201339%2526sso%253D
true" id="forgotEmail" class="recoveryOption" data-client-log-action-type="clickForgotEmail">Forgot email?</a>  <div class="captcha
captcha-container clearfix hide" id="splitHybridCaptcha" data-client-log-action-type="captcha-image"><img src="" alt="" /><div class="captcha-inputs
clearfix"><div class= "textInput " id="splitHybridCaptcha " class="fieldWrapper" name="captchaCode"type="text"><div class="hasHelp
```

```
class="twoDigitPin">{twoDigitPin}</span> on your phone to log in.</p><p id="cookiedMessage" class="verification-message hide">Open the
PayPal app and tap Yes on the prompt to log in.</p><div id="notifications"><p class="accountArea" class="account">
</span><span class="verificationNotYou"><a data-href="#" href="#" scTrack:unifiedLogin-verification-click-notYou"
id="pendingNotYouLink">Not you?</a></span></div><p class="pin"><p class="mobileScreen"><img
src="https://www.paypalobjects.com/images/shared/icon-PN-check.png" alt="phone"/></div></p><p class="tryAnotherMsg"><a
id="tryPasswordLink" data-href="#" href="#" class="inlineLink scTrack:try-password">Use password instead</a></p><p class="resendMsg"><a
id="inlineLink scTrack:resend hide" role="button" data-href="#resend" href="#" id="resend">Resend</a><span class="sentMessage
hide">Sent</span></p><p class="expired" class="hide verificationSubSection"><header><p role="img" aria-label="PayPal logo"
class="paypal-logo paypal-logo-long">PayPal</p></header><h1 class="headerText headerTextWarning">Sorry, we couldn't confirm it's you</h1>
<p class="slimp">We didn't receive a response so we were unable confirm your identity.</p><button id="expiredTryAgainButton" class="button
actionsSpaced">Try Again</button></div><div id="denied" class="denied hide verificationSubSection"><img alt=""
src="https://www.paypalobjects.com/images/shared/glyph_alert_critical_big-2x.png" class="deniedCaution"></h1><h1 class="headerText">Sorry, we
couldn't confirm it's you</h1><p>Need a hand, <a href="/(coBrand)/cgi-bin/helpscr?cmd=_help" class="inlineLink scTrack:help">We can
help</a></div></div></section><footer class="footer" role="contentinfo"><div class="legalFooter"><ul class="footerGroup"><li><a
target="_blank" href="/us/smartweb/contact-us">Contact Us</a></li><li><a target="_blank" href="/us/webapps/mpp/ua/privacy-
full">Privacy</a></li><li><a target="_blank" href="/us/webapps/mpp/ua/legalhub-full">Legal</a></li><li><a target="_blank"
href="/us/webapps/mpp/ua/upcoming-policies-full">Policy Updates</a></li><li><a target="_blank" href="/us/webapps/mpp/country-
worldwide">Worldwide</a></li></ul></div></footer></div><div class="transitioning hide"><p class="welcomeMessage hide">Welcome, !</p><p
class="checkingInfo hide">Checking your info...</p><p class="oneSecond hide">Just a second...</p><p class="secureMessage hide">Securely
logging you in...</p><p class="oneTouchMessage hide">Securely logging you in...</p><p class="retrieveInfo hide">Retrieving your info...</p><p class="waitFewSecs
hide">This may take a few seconds...</p><p class="udtSpinnerMessage udtLogin hide">We recognize you on this device, and we're securely
logging you in...</p><p class="udtSpinnerMessage udtLoginXo hide">We recognize you on this device, so no need to enter your password for
this purchase.</p><p class="udtSpinnerMessage wellsXoUS hide">We recognize you on this device, so you can skip login.<br/>Manage this
setting in your profile.</p><p class="udtSpinnerMessage wellsSCA hide">We're taking you to PayPal Checkout to complete payment.</p><p
class="qrcMessage hide">Redirecting...</p></div><div class="keychain container uiExp hide"><!--></div><p class="webAuthnOptin hide">Updating your login settings...</p><p class="webAuthnLogin
hide">Logging you in...</p></div><div class="keychain container uiExp hide"><!--></div></div><script
nonce="N5SWU4hbRZ1g4m4FGWfff/ag5Z3hy3db526qyfcLuC45lyEe">var PAYPAL = PAYPAL || {};PAYPAL.ulData = {fnUrl: "" ||
"https://c.paypal.com/da/r/fb.js",fnSessionId: "7CS51782SK1201339",sourceId: "UL_CHECKOUT_EMAIL",beaconUrl:
"https://b.stats.paypal.com/v1/counter.cgi?
r=cD03Q1M1MTc4MlNLMTIwMTMzOSZpPTQ5IjQzLjEwMS4zJEwMS4zJnQ9MTcyMTk5NTEwMS4xNzkkmYT0yMSZzPVVOSUZJRURFTE9HSU5hZ2YHLPglkrlAKx-
PcOsPGrTVOw",enableSpeedTyping: "true",aPayAuth: "",aPayCanMakePaymentTimeout: "",tokenAssertionUri: "",preloadScriptUrl:
"",preloadScriptDownloadLength: 0,fingerprintProceed: "",isSandbox: ""};</script><noscript><img src="https://www.paypal.com/v1/r/d/b/ns?
f=7CS51782SK1201339&s=UL_CHECKOUT_INPUT_EMAIL&js=0&r=1" title="ppfniframe" alt="" height="1" width="1" border="0"></noscript><script
nonce="N5SWU4hbRZ1g4m4FGWfff/ag5Z3hy3db526qyfcLuC45lyEe" id="ul-sync-data">var PAYPAL = PAYPAL || {};PAYPAL.ulSync = {fnSessionId:
'7CS51782SK1201339',sourceId: 'UL_CHECKOUT_INPUT_EMAIL',fname: 'fn_sync_data',isFnWithoutIframeEnabled: ''};</script><!-- build:js inline
--><!-- build:[src] js/lib/ --><script nonce="N5SWU4hbRZ1g4m4FGWfff/ag5Z3hy3db526qyfcLuC45lyEe"
src="https://www.paypalobjects.com/web/res/63d/6bc5fc0ddf27de2d62913912235ab/js/lib/fn-sync-telemetry-min.js"></script><!-- /build --><!--
/build --><script nonce="N5SWU4hbRZ1g4m4FGWfff/ag5Z3hy3db526qyfcLuC45lyEe">var PAYPAL = PAYPAL || {};PAYPAL.ulData.incontextData = {"version": "","noBridge": "","env": "","icstage": "","targetCancelUrl":
"https://hyperionmart.com/checkouts/payment/paypal21payment/ECOrderPayCancel?checkout_url=&f78916-7d661d%2Fone-page-
checkouts%2F7d661d707bd1af99f28286ff8ffc594b%3Fprevious_step%3Dshipping_method%26step%3Dpayment_method&paymentType=Sale&payment_id=150688&
ignore_redirect=1&local_token=d58b4e5969879d404e64a6e764e7aa67&_vi_sign=32fa9cc7a3846a7089e87ce447d8adb3&token=7CS51782SK1201339","payment
Action": "sale","paymentToken": "7CS51782SK1201339","merchantID": "Y3W27R5PCAJRL"};</script><!-- build:js inline --><!-- build:[src] js/ -
-><script nonce="N5SWU4hbRZ1g4m4FGWfff/ag5Z3hy3db526qyfcLuC45lyEe"
src="https://www.paypalobjects.com/web/res/63d/6bc5fc0ddf27de2d62913912235ab/js/checkout-split.js"></script><!-- /build --><!-- /build -->
<script nonce="N5SWU4hbRZ1g4m4FGWfff/ag5Z3hy3db526qyfcLuC45lyEe" src="https://www.paypalobjects.com/ga/js/min/pa.js"></script><script nonce="N5SWU4hbRZ1g4m4FGWfff/ag5Z3hy3db526qyfcLuC45lyEe">var
fptiOptions =
{data:'pgrp=main%3Aunifiedlogin%3Asplitlogin%3A%3Aemail&page=main%3Aunifiedlogin%3Asplitlogin%3A%3Aemail%3A%3A%3A&page=input_email&pgst=17
21995101134&calc=f5075756fce9f&nsid=Ym6YQZg9NWdsO6sn36fCWJcCNuOSFith&rsta=en.live&s=ci&ccpg=UA$csci=da57f944349843c89c5
b10e7dc855b22&comp=unifiedloginnodeweb&tsrce=privacynodeweb&cu=0&ef_policy=gdpr_v2.1&c_prefs=T%3D0%2CP%3D0%2CF%3D0%2Ctype%3Dexplicit_banne
r&transition_name=ss_prepare_email&userRedirected=true&fltk=7CS51782SK1201339&fiid=7CS51782SK1201339&xe=101216%2C100492%2C103648%2C104200%
2C105352%2C109195%2C108076%2C109047&xt=103864%2C106404%2C114559%2C127485%2C123693%2C144026%2C138090%2C143343&ctx_login_opt_content=0&obex=c
heckout&landing_page=login&browser_client_type=Browser&state_name=begin_email&ctx_login_intent_fetch=success&ctx_login_ctxid_fetch=succes
s%7Cparse-
success&ctx_login_lang_footer=shown&ctx_login_cancel_url=shown&ctx_login_signup_btn=shown%7CpayWithCard&context_id=7CS51782SK1201339&ctx_l
ogin_intent=checkout&ctx_login_flow=Express%20Checkout&ctx_login_state_transition=login_loaded&post_login_redirect=returnUri&ret_url=%2Fwe
bapps%2FHermes',url:'https:\/\/t.paypal.com/ts'};var trackLazyData = "true" === "true";if(trackLazyData){fptiOptions =
{...fptiOptions,trackLazyData: true,lazyDataId: 'UnifiedLoginNodeWeb'};}(function(){if(typeof PAYPAL.analytics != "undefined"){PAYPAL.core
= PAYPAL.core || {};    PAYPAL.core.pta = PAYPAL.analytics.setup(fptiOptions);           }}());</script><noscript><img
src="https://t.paypal.com/ts?
nojs=1&pgrp=main%3Aunifiedlogin%3Asplitlogin%3A%3Aemail&page=main%3Aunifiedlogin%3Asplitlogin%3A%3Aemail%3A%3A%3A&page=input_email&pgst=17
21995101134&calc=f5075756fce9f&nsid=Ym6YQZg9NWdsO6sn36fCWJcCNuOSFith&rsta=en.live&s=ci&ccpg=UA$csci=da57f944349843c89c5
b10e7dc855b22&comp=unifiedloginnodeweb&tsrce=privacynodeweb&cu=0&ef_policy=gdpr_v2.1&c_prefs=T%3D0%2CP%3D0%2CF%3D0%2Ctype%3Dexplicit_banne
r&transition_name=ss_prepare_email&userRedirected=true&fltk=7CS51782SK1201339&fiid=7CS51782SK1201339&xe=101216%2C100492%2C103648%2C104200%
2C105352%2C109195%2C108076%2C109047&xt=103864%2C106404%2C114559%2C127485%2C123693%2C144026%2C138090%2C143343&ctx_login_opt_content=0&obex=c
heckout&landing_page=login&browser_client_type=Browser&state_name=begin_email&ctx_login_intent_fetch=success&ctx_login_ctxid_fetch=succes
s%7Cparse-
success&ctx_login_lang_footer=shown&ctx_login_cancel_url=shown&ctx_login_signup_btn=shown%7CpayWithCard&context_id=7CS51782SK1201339&ctx_l
ogin_intent=checkout&ctx_login_flow=Express%20Checkout&ctx_login_state_transition=login_loaded&post_login_redirect=returnUri&ret_url=%2Fwe
bapps%2FHermes" alt="" height="1" width="1" border="0"></noscript><script nonce="N5SWU4hbRZ1g4m4FGWfff&#x2F;ag5Z3hy3db526qyfcLuC45lyEe">
                  (function() {
                     function loadScript(url, attributes) {
                         var scriptTag = '<scr' + 'ipt src="' + url + '" ' + (attributes || '') + '></scr' + 'ipt>';
                         document.write(scriptTag);
                     }

                     function loadV4() {
                         if (!window.name || window.name.indexOf('xcomponent') !== 0) {
                             return;
                         }

                         var version = window.name.split('__')[2].replace(/_/g, '.');

                         if (!version.match(/^[0-9a-zA-Z.]+$/)) {
                             return;
                         }

                         if (version === '4' || version === 'latest') {
                             version = '';
                         }
```

E-commerce Store

salestoretoday.com

Free shipping worldwide!

WATCHREPLICA    Home    Rolex    Audemars Piguet    Patek Philippe    Breitling    Panerai    Omega    Cartier    IWC    Montblanc    Tag Heuer



More Links

BEST SELLER    LADIES WATCHES    BOX



**Replica Rolex Yacht master Yellow Gold MOP Diamond...**
$ 229.00    $ 789.00



**Rolex Gmt Master Ii m126710blro-0002 40mm...**
$ 229.00    $ 789.00
★★★★★ (5.0)



**Longines Hydroconquest 41MM Automatic Blue...**
$ 229.00    $ 789.00



**Rolex Oyster Perpetual Ladies m277200-0008 31m...**
$ 399.00    $ 1,398.00



**Rolex Datejust m126284rbr-0009 36mm Ladies Blue Di...**
$ 229.00    $ 789.00



**Cartier Santos 100 Large W20072X7**
$ 229.00    $ 789.00
★★★★★ (4.8)



**Audemars Piguet Royal Oak Offshore 42 mm, Blue Ref...**
$ 229.00    $ 1,099.00



**Cartier Roadster Small W62017V3**
$ 229.00    $ 789.00



**Replica Omega Aqua Terra 150m Gents White Dial Stic...**
$ 229.00    $ 789.00



**Cartier Ballon Bleu W6920071**
$ 229.00    $ 789.00


View More

      

      

# Amazing reproduction

After many years of technical accumulation, we have made watches to perfection



# Rolex

SUBMARINER     GMT MASTER     DAYTONA     DAY DATE     YACHT MASTER     DATEJUST     PEARLMASTER     ROLEX



Rolex Submariner Men's
40mm 116610LN Watch Bla...
$ 229.00   $916.00

Rolex Submariner 40mm
116610LV Men's Ceramics...
$ 229.00   $789.00
★★★★★ (5.0)

Rolex Submariner 126610LN
Men's Bracelet Automatic
$ 229.00   $789.00

Rolex Submariner PINKLADY
40mm Men's Black Dial
$ 229.00   $789.00

Replica Rolex Submariner
Black Dial Black Aluminum...
$ 229.00   $789.00

View More

# Shopping Process

After you place an order, we will contact you via whatsapp to give you a real picture of your watch, what you see is how it is, what you receive is how it is, if you are not satisfied, please contact us, and we will do our utmost to ensure your satisfaction





# Omega

SPEEDMASTER     SEAMASTER     CONSTELLATION     DE VILLE     OMEGA



Replica Omega Speedmaster
Broad Arrow White Dial...
$ 229.00   $789.00

Replica Omega Olympic
Speedmaster Black Dial...
$ 229.00   $789.00

Replica Omega Speedmaster
Moonwatch Professional...
$ 229.00   $789.00

Replica Omega Speedmaster
Moonwatch Black Dial Stick..
$ 229.00   $789.00

Replica Omega Speedmaster
Silver Snoopy Award Men's...
$ 229.00   $789.00

View More



SINCE 1963

# Daytona

In 1963, Rolex released their first Cosmograph watch, called the reference 6239. Now, we know this watch as the Cosmograph Daytona. This particular model was a big step in shaping the Daytona watch we recognize today, especially because it had a special tachymeter scale on the metal ring around the face.

Daytona                                GMT Master

# Audemars Piguet

ROYAL OAK        ROYAL OAK OFFSHORE        AUDEMARS PIGUET






| Audemars Piguet Royal Oak Skeleton 41 mm, Skeleton... | Audemars Piguet Royal Oak Tourbillon 41 mm, Black Ref.. | Audemars Piguet Royal Oak Tourbillon 41 mm, Skeleton.. | Audemars Piguet Royal Oak 41 mm, Blue Ref.... | Audemars Piguet Royal Oak 50th Anniversary 41 mm,... |
|---|---|---|---|---|
| $ 229.00  $1,099.00 | $ 229.00  $1,299.00 | $ 229.00  $1,199.00 | $ 229.00  $1,099.00 | $ 229.00  $1,099.00 |

View More                 

# You might want to know this

TRUSTED STORE
CERTIFIED SECURE

### 1:1 Clone Watches at Lowest Price

You're not alone! Luxury watches can be super expensive, but that doesn't mean you can't enjoy the look and feel of one. Here at watchreplica, we offer high-quality replica watches that are almost identical to the real thing, but at a fraction of the cost.

These watches are made with care and look just as good as the real deal. Plus, we have a wide variety of styles to choose from, so you can find the perfect watch to match your taste.

### Here's why you'll love our replica watches:

**Affordable:** You can finally own a watch that looks like a million bucks without spending a fortune.
**Great Quality:** Our watches are made with top materials and will last for years to come.
**Lots of Choices:** We have all sorts of styles to choose from, so you can find the perfect one for you.

### Worried about buying online?

No problem! Here are some tips:
Read reviews about the seller before you buy.
Make sure the watch has the brand logo and serial number.
Check the materials the watch is made of.
See if the seller has a return policy in case you're not happy.

### Why choose watchreplica?

We're different because:
We use the best materials: Our watches are made to last.
We care about you: We offer great customer service and want you to be happy with your purchase.
We offer fair prices: You won't find any hidden fees here.

Ready to find your perfect Replica watch? Browse our selection of replica watches today! We have a wide variety of styles to choose from, all at amazing prices. Plus, for your convenience, we offer paypal and credit card payments, which are very secure.

Contact us if you have any questions or want to chat with us on WhatsApp. We're always happy to help!

Whatsapp me!



**WORLDIDE DELIVERY**

Fast Shipping to over 200+ countries, Package Location Tracking Online.

**SAFE PAYMENT**

Secure Payment VIA Paypal, Don't keep any cards information.

**BUYER PROTECTION**

7-day Satisfaction Guarantee, Full Refund if dont receive orders.

**WATCHREPLICA**

**SERVICE CENTER**

Shipping policy

Return policy

Privacy policy

Terms of service

**QUICK LINKS**

Search

Login

Register

Tracking Order

Blog

**COMPANY INFO**

About Us

Contact Us

Customer Reviews

**FOLLOW US**

USD

@2006-2024 Watchreplica All Rights Reserved



TRUSTED STORE
CERTIFIED SECURE

Free shipping worldwide!

WATCHREPLICA    Home    Rolex    Audemars Piguet    Patek Philippe    Breitling    Panerai    Omega    Cartier    IWC    Montblanc    Tag Heuer    Hublot

More Links

# About Us



## About our online store

Watchesreplica, We enjoy sharing with people
Here you can read about everything that's watch related, from trends, to our latest arrivals, ongoing promotions, discounts, watch reviews, Rolex history and much more.
While Watchesreplica is your one stop shop for all your Rolex watch needs, and other brands as Patek philippe, Audemars piguet, cartier, omega and more, Watchesreplica is intended to make shopping even more enjoyable and help you get the most of it.
Our staff is comprised of independent analysts with love for the Rolex brand.

## About our online store



We're watch enthusiasts ourselves and love to talk shop with customers with interest in our favorite topic.

**You can contact us to help you find that perfect replica Rolex watch for your style. If it's out there, just contact us. Our factory have all watches.** We're in this business due to our love of watches.



### SERVICE CENTER
Shipping policy
Return policy
Privacy policy
Terms of service

### QUICK LINKS
Search
Login
Register
Tracking Order
Blog

### COMPANY INFO
About Us
Contac
Custo

### FOLLOW US

Email

Cathy
watchvipservice@hotmail.com

USD

@2006-2024 Watchreplica All Rights Reserved

TRUSTED STORE

Free shipping worldwide!

**WATCHREPLICA**

Home   Rolex   Audemars Piguet   Patek Philippe   Breitling   Panerai   Omega   Cartier   IWC   Montblanc   Tag Heuer   More Links

# Contact Us

We love to hear from you, our team is available to help answer questions and offer styling advice, so if there's anything you'd like to ask us, we're right here and ready to help in every way we can.

We're available to support you via

**Email:** watchvipservice@hotmail.com

**WhatsApp:** +8614739706838

We strive to answer your questions within 24 hours

Customer service chat hours:

Monday – Friday 8am – 18pm EST

Now available in English.

**Company address:** SlideShare Inc., 490 2nd St, Suite 300, San Francisco, CA 94107

Please kindly note: During peak seasons and promotional sales, our response time might take a little longer. Please use the same email address you used when placing your order when contacting us, and include your order number in your email.

---

**WATCHREPLICA**

**SERVICE CENTER**

Shipping policy

Return policy

Privacy policy

Terms of service

**QUICK LINKS**

Search

Login

Register

Tracking Order

Blog

**COMPANY INFO**

About Us

Contact Us

Customer Reviews

**FOLLOW US**

🇺🇸 USD ▾    @2006-2024 Watchreplica All Rights Reserved





WhatsApp ✕

Cathy
8614739706838

✓ TRUSTED STORE

Free shipping worldwide!

**WATCHREPLICA**  Home  Rolex  Audemars Piguet  Patek Philippe  Breitling  Panerai  Omega  Cartier  IWC  Montblanc  Tag Heuer  Hublot

More Links

# Tissot

217 Products                                                                    Sort by  Featured


Tissot Bellissima automatic
T1262071601300
$ 229.00   $789.00


Tissot Bellissima Small Lady
- M double tour strap…
$ 229.00   $789.00


Tissot Bellissima small lady
T1260101101300
$ 229.00   $789.00


Tissot Bellissima Small lady
T1260101113300
$ 229.00   $789.00


Tissot Bellissima Small lady
T1260101601300
$ 229.00   $789.00


Tissot Bellissima Small lady
T1260102201300
$ 229.00   $789.00

Tissot Bellissima Small Lady
T1260102201301
$ 229.00   $789.00


TISSOT PRX
POWERMATIC 80 DIAMA…
$ 229.00   $789.00


Tissot Carson Premium Lady
Moonphase…
$ 229.00   $789.00


Tissot Carson Premium Gent
Moonphase…
$ 229.00   $789.00


Tissot T-Complication
Squelette Mechanical…
$ 229.00   $789.00


Tissot Carson Premium
Chronograph…
$ 229.00   $789.00


Tissot Carson Premium Lady
Moonphase…
$ 229.00   $789.00


Tissot Carson Premium Gent
Moonphase…
$ 229.00   $789.00


Tissot PRC 200
Chronograph…
$ 229.00   $789.00


Tissot Carson Premium
T1224101603300
$ 229.00   $789.00

Tissot Tradition
T0636101103800
$ 229.00   $789.00


Tissot PRC 200
Chronograph…
$ 229.00   $789.00

**TRUSTED STORE**
CERTIFIED SECURE

Tissot Couturier
Chronograph…
$ 229.00   $789.00


Tissot Tradition
T0636101603800
$ 229.00   $789.00


Tissot T-Touch Connect
Solar T1214204705103
$ 229.00   $789.00


Tissot T-Touch Connect
Solar T1214204705101
$ 229.00   $789.00

Tissot T-Touch Connect
Solar T1214204405100
$ 229.00   $789.00


Tissot T-Touch Connect
Solar T1214204705107
$ 229.00   $789.00

Tissot Telemeter 1938
T1424621605200
$ 229.00   $789.00







| Tissot T-Wave T1122101103600 | Tissot Couturier T0354101105100 | Tissot PRC 200 Chronograph… | Tissot Carson Premium Chronograph… | Tissot Flamingo T0942102211100 |
|---|---|---|---|---|
| $ 229.00  $ 789.00 | $ 229.00  $ 789.00 | $ 229.00  $ 789.00 | $ 229.00  $ 789.00 | $ 229.00  $ 789.00 |

< 1 2 3 4 ... 8 >

## You May Like



**DEAL**

Cartier Santos 100 Large W20072X7
$ 229.00   $ 789.00
Quick shop

**DEAL**

Audemars Piguet Royal Oak Offshore …
$ 229.00   $ 1,099.00
Quick shop

**DEAL**

Cartier Roadster Small W62017V3
$ 229.00   $ 789.00
Quick shop

**DEAL**

Replica Omega Aqua Terra …
$ 229.00   $ 789.00
Quick shop

← BACK

---

**WATCHREPLICA**

**SERVICE CENTER**
Shipping policy
Return policy
Privacy policy
Terms of service

**QUICK LINKS**
Search
Login
Register
Tracking Order
Blog

**COMPANY INFO**
About Us
Contact Us
Customer Reviews

**FOLLOW US**

✓ TRUSTED STORE
CERTIFIED SECURE

🇺🇸 USD ⌄      @2006-2024 Watchreplica All Rights Reserved







**WATCHREPLICA**

Formerly *WatchesReplica*

### Contact

Already have an account? Log in

Email

☑ Email me with news and offers

### Shipping Address

First name | Last name

Address 📍

Apartment, suite, etc. (Optional)

United States | Florida | Postal code
33322

City
Sunrise

🇺🇸 +1 ▾ | Phone ❓

### Shipping Method

⦿ Free Shipping $ 0.00

### Payment Method

⦿ PayPal    *PayPal* ● VISA AMERICAN EXPRESS

After clicking "Continue to Payment", you will be redirected to PayPal to complete your purchase securely.

### Other Information

Remark

### Billing Address

Select the address that matches your card or payment method.

⦿ Same as shipping address

◯ Use a different billing address

‹ Return to cart | **Continue to Payment**

How To Pay With Credit Card? | Terms of service | Shipping policy | Return policy | Privacy policy



Tissot Carson Premium Gent Moonphase $ 229.00
T1224231604300
Movement: Aaa Replica

Coupon Code | APPLY

Subtotal | $ 229.00
Shipping Cost | $ 0.00

Total Price | $ 229.00

**GUARANTEED SAFE CHECKOUT**

PayPal | VISA | mastercard | AMERICAN EXPRESS
Diners Club | JCB | DISCOVER | norton



```html
class="twoDigitPin">{twoDigitPin}</span> on your phone to log in.</p><p id="cookiedMessage" class="verification-message hide">Open the
PayPal app and tap Yes on the prompt to log in.</p><div class="notifications"></div><span class="accountArea"><span class="account">
</span><span class="verificationNotYou"><a data-href="#" href="#" sc:track:unifiedLogin-verification-click-notYou"
id="pendingNotYouLink">Not you?</a></span></div><div class="mobileNotification"><p class="pin"></p><div class="mobileScreen"><img
src="https://www.paypalobjects.com/images/shared/icon-PN-check.png" alt="phone"/></div><p class="tryAnotherMsg"><a
id="tryPasswordLink" href="#" href="#" class="inlineLink sc:track:try-password">Use password instead</a></p><p class="sentMessage
hide">Sent</span></p><div class="expired">I hide verificationSubSection">headers<p role="img" aria-label="PayPal logo"
class="paypal-logo paypal-logo-long">PayPal</p></header><h1 class="headerText headerTextWarning">Sorry, we couldn't it's you</h1>
<p class="slimP">We didn't receive a response so we were unable confirm your identity.</p><button id="expiredTryAgainButton" class="button
actionsSpaced">Try Again</button></div><div id="denied" class="denied hide verificationSubSection"><img alt=""
src="https://www.paypalobjects.com/images/shared/glyph_alert_critical_big-2x.png" class="deniedCaution"/></h1 class="headerText">Sorry, we
couldn't confirm it's you</h1><p>Need a hand?, <a href="/{coBrand}/cgi-bin/helpscr?cmd= help" class="inlineLink sc:track:help">We can
help</a>.</p></div></div></div></section><footer class="footer" role="contentinfo"><div class="legalFooter"><ul class="footerGroup"><li><a
target="_blank" href="/us/smarthelp/contact-us">Contact Us</a></li><li><a target="_blank" href="/us/webapps/mpp/ua/privacy-
full">Privacy</a></li><li><a target="_blank" href="/us/webapps/mpp/ua/legalhub-full">Legal</a></li><li><a target="_blank"
href="/us/webapps/mpp/ua/upcoming-policies-full">Policy Updates</a></li><li><a target="_blank" href="/us/webapps/mpp/country-
worldwide">Worldwide</a></li></ul></div></footer></div><div class="transitioning hide"><p class="welcomeMessage hide">Welcome, !</p><p
class="checkingInfo hide">Checking your info...</p><p class="oneSecond hide">Just a second.</p><p class="secureMessage hide">Securely
logging you in...</p><p class="oneTouchMessage hide"></p><p class="retrieveInfo hide">Retrieving your info...</p><p class="waitFewSecs
hide">This may take a few seconds...</p><p class="udtSpinnerMessage udtLogin hide">We recognize you on this device, and we're securely
logging you in...</p><p class="udtSpinnerMessage udtLoginXo hide">We recognize you on this device, so no need to enter your password for
this purchase.</p><p class="udtSpinnerMessage weblIsXoUS hide">We recognize you on this device, so you can skip login.<br/>Manage this
setting in your profile.</p><p class="udtSpinnerMessage weblIsSCA hide">We're taking you to PayPal Checkout to complete payment.</p><p
class="qrcMessage hide">Redirecting...</p><p class="webAuthnOptin hide">Updating your login settings...</p><p class="webAuthnLogin
hide">Logging you in...</p><div class="keychain spinner-content uiExp hide"></div></div><script nonce=
"0cBzS1qM2ntbgFVo3A50ZRCXEwTJlN10fZmymj7sWCgDrnzN">var PAYPAL = PAYPAL || {};PAYPAL.ulData = {fnUrl: "" ||
"https://c.paypal.com/da/r/fb.js",fnSessionId: "48B81549PW1505747",sourceId: "UL_CHECKOUT_INPUT_EMAIL",beaconUrl:
"https://b.stats.paypal.com/v1/counter.cgi?
r=cD00OEI4MTU0OVBXMTUwNTc0NyZpPTQ5LjQzLjEwMS44xNzcmdD0xNzIyMjI1Mg11MTg1l,jA2OCZhPTIxJnM9VU5JRklFRF9MT0dJTiBNZUTBFZlDyPbd3mKA9bIWwhb",enableSpee
dTyping: "true",aPayAuth: "",aPayCanMakePaymentTimeout: "",tokenAssertionUri: "",preloadScriptUrl: "",preloadScriptDownloadLength:
0,fingerprintProceed: "",isSandbox: ""};</script><noscript><img src="https://c.paypal.com/v1/r/d/b/ns?
f=48B81549PW1505747&s=UL_CHECKOUT_INPUT_EMAIL&js=0&r=1" title="logout frame" alt="" height="1" width="1" border="0"></noscript><script
nonce="0cBzS1qM2ntbgFVo3A50ZRCXEwTJlN10fZmymj7sWCgDrnzN">var PAYPAL = PAYPAL || {};PAYPAL.ulSync = {fnSessionId:
'48B81549PW1505747', sourceId: 'UL_CHECKOUT_INPUT_EMAIL',fname: 'fn_sync_data',isFnWithoutIframeEnabled: ''};</script><!-- build:js inline
--><!--/build:[src] js/lib/ --><script nonce="0cBzS1qM2ntbgFVo3A50ZRCXEwTJlN10fZmymj7sWCgDrnzN"
src="https://www.paypalobjects.com/web/res/63d/6bc5fc0ddf27de2d62913912235ab/js/fn-sync-telemetry-min.js"></script><!-- /build --><!--
/build --><script nonce="0cBzS1qM2ntbgFVo3A50ZRCXEwTJlN10fZmymj7sWCgDrnzN">var PAYPAL = PAYPAL || PAYPAL.ulData = PAYPAL.ulData ||
{};PAYPAL.ulData.incontextData = {version: "",noBridge: "",env: "",icstage: "",targetCancelUrl":
"https://errigalmart.com/checkouts/payment/paypal2/payment/cancel?
product_id=14098060&local_token=20a99462d941af111313a4aaee8a753b&_vi_sign=054444a98af4e6804ed03a99c1e19f9a&token=48B81549PW1505747,"payme
ntAction": "sale","paymentToken": "48B81549PW1505747","merchantID": "SLAQ7HVLTYENN"};</script><!-- build:js inline --><!-- build:[src] js/
--><script nonce="0cBzS1qM2ntbgFVo3A50ZRCXEwTJlN10fZmymj7sWCgDrnzN"
src="https://www.paypalobjects.com/web/res/63d/6bc5fc0ddf27de2d62913912235ab/js/checkout-split.js"></script><!-- /build --><!-- build --
><script src="https://www.paypalobjects.com/pa/js/min/pa.js"></script><script nonce="0cBzS1qM2ntbgFVo3A50ZRCXEwTJlN10fZmymj7sWCgDrnzN">var
fptiOptions =
{data: pgrp=main%3Aunifiedlogin%3Asplitlogin%3A%3Aemail&page=main%3Aunifiedlogin%3Asplitlogin%3A%3Aemail%3A%3A%3A%3A&qual=input_email&pgst=17
22205185009&calc=09586ab9002b0&nsid=3lxnnn1ils6eMAS73dieZ9RHcfNwYqRi&rsta=en_US&pgtf=Nodejs&env=live&s=ci&ccpg=US&csci=2dd0119e056142b0953
c702a5d7158c7&comp=unifiedloginnodeweb&tsrce=privacynodeweb&cu=0&ef_policy=gdpr_v2.1&_prefs=T%3D0%2CP%3D0%2CF%3D0%2Ctype%3Dexplicit_banne
r&transition_name=ss_prepare_email&userRedirected=true&fltk=48B81549PW1505747&fld=48B81549PW1505747&xe=101216%2C100942%2C103648%2C104200%
2C105352%2C109195%2C108076%2C109047&xt=103864%2C113529%2C114559%2C127485%2C123683%2C144026%2C138090%2C143343&ctx_login_ot_content=a&obex=c
heckout&landing_page=login&browser_client_type=Browser&state_name=begin_email&ctx_login_content_fetch=success&ctx_login_ctxid_fetch=succes
s%7Cparse-
success&ctx_login_lang_footer=shown&ctx_login_cancel_url=shown&ctx_login_signup_btn=shown%7CpayWithCard&context_id=48B81549PW1505747&ctx_l
ogin_intent=checkout&ctx_login_flow=Express%20checkout&ctx_login_state_transition=login_loaded&post_login_redirect=returnUri&ret_url=%2Fwe
bapps%2Fhermes',url:'https:\/\/t.paypal.com\/ts';}var trackLazyData = "true" === "true";if(trackLazyData){fptiOptions =
{...fptiOptions,trackLazyData: true,lazyDataId: 'UnifiedLoginNodeWeb'};}function(){if(typeof PAYPAL.analytics != "undefined"){PAYPAL.core
= PAYPAL.core || {};    PAYPAL.core.pta = PAYPAL.analytics.setup(fptiOptions);    }})();</script><noscript><img
src="https://t.paypal.com/ts?
nojs=1&pgrp=main%3Aunifiedlogin%3A%3Asplitlogin%3A%3Aemail&page=main%3Aunifiedlogin%3A%3Asplitlogin%3A%3Aemail%3A%3A%3A%3A&qual=input_email&pgst=17
22205185009&calc=09586ab9002b0&nsid=3lxnnn1ils6eMAS73dieZ9RHcfNwYqRi&rsta=en_US&pgtf=Nodejs&env=live&s=ci&ccpg=US&csci=2dd0119e056142b0953
c702a5d7158c7&comp=unifiedloginnodeweb&tsrce=privacynodeweb&cu=0&ef_policy=gdpr_v2.1&_prefs=T%3D0%2CP%3D0%2CF%3D0%2Ctype%3Dexplicit_banne
r&transition_name=ss_prepare_email&userRedirected=true&fltk=48B81549PW1505747&fld=48B81549PW1505747&xe=101216%2C100942%2C103648%2C104200%
2C105352%2C109195%2C108076%2C109047&xt=103864%2C113529%2C114559%2C127485%2C123683%2C144026%2C138090%2C143343&ctx_login_ot_content=a&obex=c
heckout&landing_page=login&browser_client_type=Browser&state_name=begin_email&ctx_login_content_fetch=success&ctx_login_ctxid_fetch=succes
s%7Cparse-
success&ctx_login_lang_footer=shown&ctx_login_cancel_url=shown&ctx_login_signup_btn=shown%7CpayWithCard&context_id=48B81549PW1505747&ctx_l
ogin_intent=checkout&ctx_login_flow=Express%20checkout&ctx_login_state_transition=login_loaded&post_login_redirect=returnUri&ret_url=%2Fwe
bapps%2Fhermes" alt="" height="1" width="1" border="0"></noscript><script nonce="0cBzS1qM2ntbgFVo3A50ZRCXEwTJlN10fZmymj7sWCgDrnzN">
```

```javascript
(function() {
    function loadScript(url, attributes) {
        var scriptTag = '<scr' + 'ipt src="' + url + '" ' + (attributes || '') + '></scr' + 'ipt>';
        document.write(scriptTag);
    }

    function loadV4() {
        if (!window.name || window.name.indexOf('xcomponent') !== 0) {
            return;
        }

        var version = window.name.split('__')[2].replace(/_/g, '.');

        if (!version.match(/^[0-9a-zA-Z.]+$/)) {
            return;
        }

        if (version === '4' || version === 'latest') {
            version = '';
        }
```



WOTCHREPLICA    Home    Brands    Rolex    Patek Philippe    Vacheron Constantin    Ladies Watches    Hot    Latest    Other replicas    Clocks



## Rolex

SUBMARINER    GMT MASTER    DAYTONA    DAY DATE    YACHT MASTER    DATEJUST    PEARLMASTER    ROLEX

Rolex Submariner 1453866
$ 199.00    $ 789.00

Rolex Submariner Blue 116619LB
$ 199.00    $ 789.00

Swiss Rolex Submariner Date 126613LN Black
$ 199.00    $ 789.00

Swiss Rolex Submariner Date 126610LN Black
$ 199.00    $ 789.00

Rolex Submariner Date 126610LN
$ 199.00    $ 789.00

View More

BEST SELLER    LADIES WATCHES    BOX    PENS

Replica Tag Heuer Monaco Blue Dial Leather Strap...
$ 199.00    $ 789.00

Rolex Swiss DeepSea Jacques Piccard Limited
$ 199.00    $ 789.00

Rolex Datejust 126300 Mint green (Oyster)
$ 199.00    $ 789.00

Rolex GMT-Master II: Oystersteel, black dial,...
$ 199.00    $ 789.00

Rolex Submariner Blue 116619LB
$ 199.00    $ 789.00

Montblanc 1858 - GEOSPHERE | 117837
$ 199.00    $ 789.00

Watch Link Remover Tool Kit
$ 9.99    $ 39.99

Audemars Piguet Royal Oak Skeleton 41 mm, Skeleton...
$ 199.00    $ 1,099.00

Panerai Submersible Quarantaquattro Bianco Ste...
$ 399.00    $ 1,390.00

Replica Tag Heuer Carrera Black Dial Automatic...
$ 199.00    $ 789.00

View More





## Amazing reproduction

After many years of technical accumulation, we have made watches to perfection





## Shopping Process

After you place an order, we will contact you via whatsapp to give you a real picture of your watch, what you see is how it is, what you receive is how it is, if you are not satisfied, please contact us, and we will do our utmost to ensure your satisfaction!







# Audemars Piguet

ROYAL OAK    ROYAL OAK OFFSHORE    AUDEMARS PIGUET

    

Audemars Piguet Royal Oak 33 mm, Silver Ref....
$ 199.00    $ 1,099.00

Audemars Piguet Royal Oak Skeleton 41 mm, Skeleton...
$ 199.00    $ 1,099.00

Audemars Piguet "Black Panther" Flying Tourbillon 4...
$ 199.00    $ 1,180.00

Audemars Piguet Royal Oak 39 mm, Smoked green Ref...
$ 199.00    $ 1,099.00

Audemars Piguet Royal Oak Tourbillon 41 mm, Black Ref..
$ 199.00    $ 1,299.00

View More

# Omega

SPEEDMASTER    SEAMASTER    CONSTELLATION    FROM THE CITY    OMEGA

    

Replica Omega Speedmaster Broad Arrow White Dial...
$ 199.00    $ 789.00

Replica Omega Speedmaster Moonwatch Professional...
$ 199.00    $ 789.00

Replica Omega Speedmaster Silver Snoopy Award Men's...
$ 199.00    $ 789.00

Replica Omega Speedmaster Moonwatch Black Dial Stick..
$ 199.00    $ 789.00

Replica Omega Speedmaster Dark Side of the Moon Blac...
$ 199.00    $ 789.00

View More



SINCE 1963

# Daytona

In 1963, Rolex released their first Chronograph watch, called the reference 6239. Now, we know this watch as the Cosmograph Daytona. This particular model was a big step in shaping the Daytona watch we recognize today, especially because it had a tachometric scale on the metal ring around the face.

Daytona    GMT Master



# You might want to know this

## 1:1 Clone Watches at Lowest Price

You're not alone! Luxury watches can be super expensive, but that doesn't mean you can't enjoy the look and feel of one. Here at watchreplica, we offer high-quality replica watches that are almost identical to the real thing, but at a fraction of the cost.

These watches are made with care and look just as good as the real deal. Plus, we have a wide variety of styles to choose from, so you can find the perfect watch to match your taste.

### Here's why you'll love our replica watches:

**Affordable:** You can finally own a watch that looks like a million bucks without spending a fortune.
**Great Quality:** Our watches are made with top materials and will last for years to come.
**Lots of Choices:** We have all sorts of styles to choose from, so you can find the perfect one for you.

### Worried about buying online?

No problem! Here are some tips:

Read reviews about the seller before you buy.

Make sure the watch has the brand logo and serial number.

Check the materials the watch is made of.

See if the seller has a return policy in case you're not happy.

### Why choose watchreplica?

We're different because:

We use the best materials: Our watches are made to last.

We care about you: We offer great customer service and want you to be happy with your purchase.

We offer fair prices: You won't find any hidden fees here.

Ready to find your perfect Replica watch? Browse our selection of replica watches today! We have a wide variety of styles to choose from, all at amazing prices. Plus, for your convenience, we offer paypal and credit card payments, which are very secure.

Contact us if you have any questions or want to chat with us on WhatsApp. We're always happy to help!

Whatsapp me!



**WORLDWIDE DELIVERY**

Fast Shipping to over 200+ countries, Package Location Tracking Online.

**SAFE PAYMENT**

Secure Payment VIA Paypal, Don't keep any cards information.

**BUYER PROTECTION**

7-day Satisfaction Guarantee, Full Refund if dont receive orders.

## WATCHREPLICA

**SERVICE CENTER**

Shipping policy

Return policy

Privacy policy

Terms of service

**QUICK LINKS**

Search

Login

Register

Tracking Order

Blog

**COMPANY INFO**

About Us

Contact Us

Customer Reviews

**FOLLOW US**

🇺🇸 USD ⌄    @2006-2024 Watchreplica All Rights Reserved





✅ TRUSTED STORE
CERTIFIED SECURE



| WATCHREPLICA | Home | Brands | Rolex | Patek Philippe | Vacheron Constantin | Ladies Watches | Hot | Latest |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

Other replicas    Clocks    Accessories    More Links

# Contact Us

We love to hear from you, our team is available to help answer questions and offer styling advice, so if there's anything you'd like to ask us, we're right here and ready to help in every way we can.

We're available to support you via

**Email:** watchvipservice@hotmail.com

**WhatsApp:** +8614739706838

We strive to answer your questions within 24 hours

Customer service chat hours:

Monday – Friday 8am – 18pm EST

Now available in English.

**Company address:** SlideShare Inc., 490 2nd St, Suite 300, San Francisco, CA 94107

Please kindly note: During peak seasons and promotional sales, our response time might take a little longer. Please use the same email address you used when placing your order when contacting us, and include your order number in your email.



**WATCHREPLICA**

**SERVICE CENTER**

Shipping policy

Return policy

Privacy policy

Terms of service

**QUICK LINKS**

Search

Login

Register

Tracking Order

Blog

**COMPANY INFO**

About Us

Contact Us

Customer Reviews

**FOLLOW US**

USD

@2006-2024 Watchreplica All Rights Reserved





WhatsApp

Wendy
8618126097875



TRUSTED STORE



WATCHREPLICA  Home   Brands   Rolex   Patek Philippe   Vacheron Constantin   Ladies Watches   Hot

 

Latest    Other replicas    Clocks    More Links

# About Us



## About our c

Watchesreplica, We enjoy sh
Here you can read about eve
trends, to our latest arrivals,
watch reviews, Rolex history
While Watchesreplica is your
watch needs, and other bran
piguet, cartier, omega and m
make shopping even more e
of it.
Our staff is comprised of inde
Rolex brand.

## About our online store

We're watch enthusiasts ourselves and love to talk shop with customers with interest in our favorite topic.

**You can contact us to help you find that perfect replica Rolex watch for your style. If it's out there, just contact us. Our factory have all watches.**We're in this business due to our love of watches.



| Email |
|---|
| Wendy |
| vipwatchesreplica@hotmail.com |



TRUSTED STORE



CERTIFIED SECURE

## SERVICE CENTER

Shipping policy

Return policy

Privacy policy

Terms of service

## QUICK LINKS

Search

Login

Register

Tracking Order

Blog

## COMPANY INFO

About Us

Contact Us

Customer Reviews

## FOLLOW US



🇺🇸 USD ⌄          @2006-2024 Watchreplica All Rights Reserved



### Email

**Wendy**
vipwatchesreplica@hotmail.com



Chat on WhatsApp with +86 181 2609 7875

Continue to Chat

Don't have WhatsApp yet?
Download



Home   Brands   Rolex   Patek Philippe   Vacheron Constantin   Ladies Watches   Hot   Latest   Other replicas   Clocks   More Links

# Omega

## Tags

- [ ] Aqua Earth
- [ ] clocks
- [ ] Constellation
- [ ] From the city
- [ ] Omega
- [ ] omega
- [ ] Planet Ocean
- [ ] Seamaster
- [ ] Speedmaster
- [ ] Superocean
- [ ] watch
- [ ] watch hot sale

251 Products

Sort by: Featured



Replica Omega Aqua Terra 150m Gents...
$ 199.00   $ 789.00

Replica Omega Constellation...
$ 199.00   $ 789.00

Replica Omega Seamaster 300m...
$ 199.00   $ 789.00

Replica Omega De Ville Hour Vision...
$ 199.00   $ 789.00

Replica Omega De Ville Co-Axial...
$ 199.00   $ 789.00

Replica Omega Speedmaster Broa...
$ 199.00   $ 789.00

Replica Omega Seamaster Chrono...
$ 199.00   $ 789.00

Replica Omega Planet Ocean Black...
$ 199.00   $ 789.00

Replica Omega Aqua Terra 150m Gents...
$ 199.00   $ 789.00

Replica Omega Speedmaster...
$ 199.00   $ 789.00

Replica Omega Seamaster 300m...
$ 199.00   $ 789.00

Replica Omega Speedmaster Silve...
$ 199.00   $ 789.00

Replica Omega Planet Ocean...
$ 199.00   $ 789.00

Replica Omega Seamaster 300M...
$ 199.00   $ 789.00

Replica Omega Speedmaster...
$ 199.00   $ 789.00

Replica Omega Speedmaster Dark...
$ 199.00   $ 789.00

Replica Omega Seamaster White D...
$ 199.00   $ 789.00

Replica Omega Speedmaster...
$ 199.00   $ 789.00

Replica Omega Seamaster Cerami...
$ 199.00   $ 789.00

Replica Omega Seamaster DIVER...
$ 199.00   $ 789.00

Replica Omega Speedmaster Raci...
$ 199.00   $ 789.00

Omega The Olympic Games Paris 2024..
$ 999.00   $ 8,900.00

Replica Omega Planet Ocean Black...
$ 199.00   $ 789.00

Replica Omega Planet Ocean...
$ 199.00   $ 920.00

Replica Omega Seamaster 300m...
$ 199.00   $ 789.00

Replica Omega Seamaster Cerami...
$ 199.00   $ 789.00

Replica Omega Planet Ocean...
$ 199.00   $ 789.00

Replica Omega Speedmaster...
$ 199.00   $ 789.00

Replica Omega Speedmaster Black...
$ 199.00   $ 789.00

Replica Omega De Ville Prestige White..
$ 199.00   $ 789.00

Replica Omega
Speedmaster Matt...
$ 199.00  $ 789.00

Replica Omega
Seamaster 300m...
$ 199.00  $ 789.00

Replica Omega
Speedmaster...
$ 199.00  $ 789.00

Replica Omega
Planet Ocean...
$ 199.00  $ 789.00

Replica Omega
Planet Ocean Blue...
$ 199.00  $ 789.00

    

Replica Omega
Seamaster Black...
$ 199.00  $ 789.00

Replica Omega
Planet Ocean Grey..
$ 199.00  $ 789.00

Replica Omega
Planet Ocean Blue...
$ 199.00  $ 789.00

Replica Omega
Speedmaster MKII...
$ 199.00  $ 789.00

Replica Omega
Planet Ocean Blue...
$ 199.00  $ 789.00

     

Replica Omega
Speedmaster Blue...
$ 199.00  $ 789.00

Omega Speedmaster
329.32.44.51.01.00...
$ 199.00  $ 789.00

Replica Omega
Seamaster 300m...
$ 199.00  $ 789.00

Replica Omega
Planet Ocean Blac...
$ 199.00  $ 789.00

Replica Omega
Planet Ocean...
$ 199.00  $ 789.00

    

Replica Omega
Planet Ocean Dee...
$ 199.00  $ 789.00

Omega Seamaste
Pr611 43mm Black...
$ 199.00  $ 789.00

Replica Omega
Seamaster Chrono...
$ 199.00  $ 789.00

Replica Omega
Seamaster James...
$ 199.00  $ 789.00

Replica Omega
Constellation White...
$ 199.00  $ 789.00

    

Replica Omega
Speedmaster Red...
$ 199.00  $ 789.00

Replica Omega
Seamaster 007...
$ 199.00  $ 789.00

Replica Omega
Speedmaster Broa...
$ 199.00  $ 789.00

Replica Omega
Planet Ocean...
$ 199.00  $ 789.00

Replica Omega
Planet Ocean Blac...
$ 199.00  $ 789.00

     

Replica Omega Aqua
Terra 150m Gents...
$ 199.00  $ 789.00

Replica Omega
Speedmaster...
$ 199.00  $ 789.00

Replica Omega
Seamaster Tantalu...
$ 199.00  $ 789.00

Replica Omega
Speedmaster...
$ 199.00  $ 789.00

Replica Omega De
Ville Prestige Yello...
$ 199.00  $ 789.00

TRUSTED STORE
CERTIFIED SECURE

    

Replica Omega Aqua
Terra 150m Gents...
$ 199.00  $ 789.00

Replica Omega
Planet Ocean Blac...
$ 199.00  $ 789.00

Replica Omega
Constellation Yello...
$ 199.00  $ 789.00

Replica Omega De
Ville Hour Vision...
$ 199.00  $ 789.00

Omega Seamaster
3570.50.00 42 Mm..
$ 199.00  $ 789.00

  



Omega Seamaster 2254.50.00 41 Mm...
$ 199.00  $ 789.00

Replica Omega Seamaster Black...
$ 199.00  $ 789.00

Replica Omega Planet Ocean...
$ 199.00  $ 789.00

Replica Omega Planet Ocean Blue..
$ 199.00  $ 789.00

Replica Omega Seamaster Wave..
$ 199.00  $ 789.00

Replica Omega Planet Ocean...
$ 199.00  $ 789.00

Replica Omega Seamaster Limited...
$ 199.00  $ 789.00

Replica Omega Planet Ocean...
$ 199.00  $ 789.00

Replica Omega Speedmaster...
$ 199.00  $ 789.00

Replica Omega Speedmaster Black...
$ 199.00  $ 789.00

Replica Omega Seamaster Cerami...
$ 199.00  $ 789.00

Replica Omega Planet Ocean...
$ 199.00  $ 789.00

Replica Omega Seamaster Blue...
$ 199.00  $ 789.00

Replica Omega De Ville Hour Vision...
$ 199.00  $ 789.00

Replica Omega Aqua Terra 150m Gents...
$ 199.00  $ 789.00

1  2  3  4

## You May Like



DEAL

Rolex GMT-Master II: Oystersteel, bla...
$ 199.00  $ 789.00

Quick shop

DEAL

Rolex Submariner Blue 116619LB
$ 199.00  $ 789.00

Quick shop

DEAL

Montblanc 1858 - GEOSPHERE | 117...
$ 199.00  $ 789.00

Quick shop

DEAL

Watch Link Remover Tool F...
$ 9.99  $ 39.99

Quick shop

← BACK

TRUSTED STORE
CERTIFIES SECURE

WATCHREPLICA

SERVICE CENTER
Shipping policy
Return policy
Privacy policy
Terms of service

QUICK LINKS
Search
Login
Register
Tracking Order
Blog

COMPANY INFO
About Us
Contact Us
Customer Reviews

FOLLOW US

USD    @2006-2024 Watchreplica All Rights Reserved







WATCHREPLICA    Home    Brands    Rolex    Patek Philippe    Vacheron Constantin    Ladies Watches    Hot    Latest    Other replicas    Clocks

Home / Tissot / Tissot Carson Premium Gent Moonphase T1224231604300

More Links

## Tissot Carson Premium Gent Moonphase T1224231604300

★★★★★ 4.5 (2)

$ 199.00   $ 789.00

- only **45** left in stock
- **20** people are viewing this right now
- **352** people has purchased this in **7** days
- Buy **2 PCS and get 10%**

**Movement**

Aaa Replica    Aaaaa Replica    1:1 Clone

ADD TO CART    BUY IT NOW

PayPal

Support Credit Card Via Paypal

PayPal    VISA    mastercard    AMERICAN EXPRESS
Diners Club    JCB    DISCOVER    norton

---

**Detail**    Customer Reviews    A Replica Vs AAAAA Replica VS 1:1 Clone



### You May Like



**DEAL**
Rolex Datejust 126300 Mint green (Oy...
$ 199.00   $ 789.00
Quick shop

**DEAL**
Rolex GMT-Master II: Oystersteel, bla...
$ 199.00   $ 789.00
Quick shop

**DEAL**
Rolex Submariner Blue 116619LB
$ 199.00   $ 789.00
Quick shop

**DEAL**
Montblanc 1858 - GEOSPHERE | 117...
$ 199.00   $ 789.00
Quick shop

TRUSTED STORE
CERTIFIED SECURE

### Customer Reviews

"
★★★★★
the product is very good. quality.
E***L

"
★★★★★
the product is very good. quality.
L***L

"
★★★★★
Very nice and seems to be of good quality. 😍
P***o



> ❝
>
> ★★★★★
>
> Very nice and seems to be of good quality. 😊
>
> 🇪🇸 P***o

> ❝
>
> ★★★★★
>
> Good watch, look up reviews on YouTube there are lots of them. It's losing a couple of seconds a day, just got back from a 3 day hike wearing it to see how it would fair....
>
> 🇦🇺 M***l

> ❝
>
> ★★★★★
>
> Good watch, look up reviews on YouTube there are lots of them. It's losing a couple of seconds a day, just got back from a 3 day hike wearing it to see how it would fair....
>
> 🇦🇺 M***l

> ❝
>
> ★★★★★
>
> Perfect product, genuinely crazy value and build quality better than I expected
>
> 🇺🇸 s***d

> ❝
>
> ★★★★★
>
> Perfect product, genuinely crazy value and build quality better than I expected
>
> 🇨🇦 s***d

> ❝
>
> ★★★★★
>
> Exceptional quality, arrived here in Osasco-SP in one week
>
> 🇧🇷 L***z

> ❝
>
> ★★★★★
>
> Not bad. Looks good and feels good too wearing it. So far no issues for my product. A little tight on the crown but so it works well.
>
> 🇺🇸 M***o

> ❝
>
> ★★★★★
>
> Not bad. Looks good and feels good too wearing it. So far no issues for my product. A little tight on the crown but so far it works well.
>
> 🇺🇸 M***o

> ❝
>
> ★★★★★
>
> Very beautiful watch, great top of the line finish, I will definitely buy other models
>
> 🇧🇷 A***z

> ❝
>
> ★★★★★
>
> Very beautiful watch, great top of the line finish, I will definitely buy other models
>
> 🇧🇷 A***z

> ❝
>
> ★★★★★
>
> Gorgeous
>
> 🇨🇳 s***j

> ❝
>
> ★★★★★
>
> Gorgeous
>
> 🇨🇳 s***j

> ❝
>
> ★★★★★
>
> Beautiful watch. I took it to have the strap adjusted and the watchmaker himself thought it was good.
>
> 🇧🇷 B***i

> ❝
>
> ★★★★★
>
> Beautiful watch. I took it to have the strap adjusted and the watchmaker himself thought it was good.
>
> 🇧🇷 B***i

> ❝
>
> ★★★★★
>
> Excellent. Not bad for the price. Worth the buy. Great for a work watch.
>
> 🇸🇬 J***d

> ❝
>
> ★★★★★
>
> Excellent. Not bad for the price. Worth the buy. Great for a work watch.
>
> 🇸🇬 I***d

> ❝
>
> ★★★★★
>
> Excellent. Not bad for the price. Worth the buy. Great for a work watch.
>
> 🇸🇬 I***d

**View More**

✅ TRUSTED STORE
CERTIFIED SECURE

★★★★★

It's made well it looks like an expensive watch.

🇺🇸 No****i

Replica Rolex Air King Black Dial...

★★★★★

To big for me but my friend was quick to buy it off of me. Great quality and actually an amazing piece!

🇺🇸 R*** him

Rolex Air-king Men's m116900...

★★★★★

Very Clean looking watch. Got it for my boyfriend, the face on the watch is Huge so if you're a littler man it might not look right. Badass watch though.

🇨🇦 I******* than

★★★★★

I love this

🇬🇧 Pau****a

Rolex Yacht-master m22665...

★★★★★

Great watch, especially for the price. Love the color and functionality. Not only would I buy it again, I actually did buy it again after my suitcase was stolen at the DFW airport with my watch in it.

🇬🇧 Is*****rT



★★★★★

🇺🇸 D***s

Great quality looking watch, I love Diesel watches!

Rolex Deepsea 116660 Stainless...

★★★★★

🇬🇧 E**a

Value for money. Looks great

Rolex Gmt Master Ii Men's 116710...

★★★★★

🇺🇸 D***s

The most classy grown mans watch. One ofy favs

Replica Rolex Day Date Automatic...

G

★★★★★

🇺🇸 W***ie

Bought this for my father and he has no trouble seeing the time now. Fits comfortably and so far (about a week) it's keeping time. It's light weight, water resistant and looks classy on my dad.

Rolex Daytona 40mm Men's...

★★★★★

🇺🇸 F*** him

This watch is great people will definitely notice a lol it's huge. However I changed the band on mine from gold to a brown leather strap because i dont like to much gold and it looks even better now.

Rolex Gmt Master Ii Men's...

★★★★★

🇺🇸 Is*****Y

Great watch, especially for the price. Love the color and functionality. Not only would I buy it again, I actually did buy it again after my suitcase was stolen at the DFW airport with my watch in it.

Replica Rolex Day Date Gold Men'...

Rolex Yacht-master...



★★★★★

🇨🇦 Where it is

I like this brand of watches and I own others in different styles, but the same brand! They are not expensive and not too cheap! I will be purchasing many more watches for men and for women for gifts.

Rolex Daytona Ice Blue Dial Stick...



★★★★★

🇬🇧 Di****h

I loved the quality and the size is perfect, it is much better than I expected and the delivery was very fast. I expected more days but it was very fast.

Rolex Gmt Master Ii Men's...



★★★★★

🇬🇧 Joh*******Cal

Simple uncluttered dial, easy to read time, uncomplicated, affordable.

Rolex Datejust Men's 36mm...



🇨🇦 Re****.

The watch look amazing on my partner he loves it and fits him well

Rolex Daytona 116518BKSR...



★★★★★

🇺🇸 Jos******phy

I knew that I wanted to buy this watch right from the moment I saw it! I received it in a very nice and solid package. It was very easy for me to size it to fit my wrist. I have received so many compliments not only because of the beautiful turquoise color face, but because of the entire look of the watch! It's water resistant and I never shower with it or sleep with it on. I clean it very often especially the days when I sweat a lot. Keeps time very well and has luminous details. I have recommended your company to many of my friends and family. I am a very happy customer!

🔴

🟢 TRUSTED STORE
CERTIFIES SECURE

Rolex Gmt Master Ii Men's 116710blro-...

★★★★★

🇨🇦 Char********rson

Excellent quality, a nice piece at a very good price. Recommended.

Rolex Day-Date Men's 36mm...

🇨🇦 Rolex Sea-Dweller Men's m126603-...



★★★★★

🇬🇧 Ian*******ter

This is an extremely nice watch! First off is made very well. Literally the highest quality. This time piece keeps time that is spot on. From the bezel down to the wrist this watch is top notch. And for the price it should be.

Rolex Daytona Automatic Black...

★★★★★

🇨🇦 Pau****a

As an Irish man I love it!!

Replica Rolex Day Date 18K Yellow...

★★★★★

🇬🇧 D***s

Great quality looking watch, I love Diesel watches!

🇨🇦 Rolex Datejust m279383rbr-00...

**View More**









# WATCHREPLICA

Formerly *WatchesReplica*

**Credit cards and PayPal accepted, with ultra-fast, free shipping.**

## Contact

Already have an account? Log in

Email

☑ Email me with news and offers

## Shipping Address

First name

Last name

Address

Apartment, suite, etc. (Optional)

United States | Florida | Postal code
33322

City
Sunrise

🇺🇸 +1 | Phone

## Shipping Method

⦿ Fast Shipping (DHL,FedEx and other)    $ 30.00

## Payment Method

⦿ PayPal - support credit card 🔒

PayPal    mastercard    VISA    AMERICAN EXPRESS

After clicking "Continue to Payment", you will be redirected to PayPal - support credit card 🔒 to complete your purchase securely.

## Other Information



Tissot Carson Premium Gent Moonphase...    $ 199.00
Movement: Aaa Replica

Coupon Code    APPLY

Subtotal    $ 199.00
Shipping Cost    $ 30.00

**Total Price**    **$ 229.00**

**GUARANTEED SAFE CHECKOUT**

PayPal    VISA    mastercard

AMERICAN EXPRESS    Diners Club    JCB

DISCOVER    ✓ norton



Remark

## Billing Address

Select the address that matches your card or payment method.

● Same as shipping address

○ Use a different billing address

‹ Return to cart

**Continue to Payment**

Terms of service    Shipping policy    Return policy
How To Pay With Credit Card?    Privacy policy





```
email one-time code" id="loginWithEmailOtp"  href="#"><div>Email a one-time code</div><button class="chevron-right" aria-label="email-otc-
chevron"></button></a></li><li class=''><a data-href="#" aria-label="Login with password" id="loginWithPassword" href="#">Log in with your
password</a><button class="chevron-right" aria-label="pwd-chevron"></button></a></li></ul></section><section
id="verification" class="verification hide" data-role="page" data-title="Login Confirmation - PayPal"><div class="corral"><div
class="contentContainer contentContainerLean"><div p="pending" class="verificationSubSection"><h1 class="headerText">Open the PayPal
app</h1><p id="uncookiedMessage" class="verification-message hide">Open the PayPal app, tap Yes on the prompt, then tap <span
class="twoDigitPin">{twoDigitPin}</span> on your phone to log in.</p><p id="cookiedMessage" class="verification-message hide">Open the
PayPal app and tap Yes on the prompt to log in.</p></div><div id="notifications"><div class="account"><span class="account">
</span><span class="verificationNotYou"><a data-href="#" href="#" class="link scTrack:unifiedlogin-verification-click-notYou"
id="pendingNotYouLink">Not you?</a></span></div></div><div p="pin"><div class="mobileScreen"><img
src="https://www.paypalobjects.com/images/shared/icon-PN-check.png" alt="Phone"></div><p class="tryAnotherMsg"><a
id="tryPasswordLink" data-href="#" href="" class="inlineLink scTrack:try-password">Use password instead</a></p><p class="resendMsg"><a
class="inlineLink scTrack:resend hide" role="button" data-href="#resend" href="" id="resend">Resend</a></p><span class="sentMessage
hide">Sent</p></div></div><div p="expired" class="hide verificationSubSection"><header><img aria-label="PayPal Logo"
class="paypal-logo paypal-logo-long">PayPal</p></header><h1 class="headerText headerTextWarning">Sorry, we couldn't confirm it's you</h1>
<p class="slimP">We didn't receive a response so we were unable confirm your identity.</p></div><p id="expiredTryAgainButton" class="button
actionsSpaced">Try Again</button></div><div id="denied hide verificationSubSection"><img alt=""
src="https://www.paypalobjects.com/images/shared/glyph_alert_critical_big-2x.png" class="deniedCaution"/><h1 class="headerText">Sorry, we
couldn't confirm it's you</h1>Need a hand?, <a class="inlineLink scTrack:help">We can
help</a></p><p><span><a href="/{cdBrand}/cgi-bin/helpscr?cmd=_help" class="inlineLink scTrack:help">We can
help</a></p></div></section><footer role="contentinfo"><div class="legalFooter"><ul class="footerGroup"><li><a
target="_blank" href="/us/smarthelp/contact-us">Contact Us</a></li><li><a target="_blank" href="/us/webapps/mpp/ua/privacy-
full">Privacy</a></li><li><a target="_blank" href="/us/webapps/mpp/ua/legalhub-full">Legal</a></li><li><a target="_blank"
href="/us/webapps/mpp/ua/upcoming-policies-full">Policy Updates</a></li><li><a target="_blank" href="/us/webapps/mpp/country-
worldwide">Worldwide</a></li></ul></footer></div><div class="transitioning  hide "><p class="welcomeMessage hide">Welcome, !</p><p
class="checkingInfo hide">Checking your info...</p><p class="oneSecond hide">Just a second...</p><p class="secureMessage hide">Securely
logging you in...</p><p class="oneTouchMessage hide">Retrieving your info...</p><p class="waitFewSecs
hide">This may take a few seconds...</p><p class="retrieveInfo hide">Retrieving your info...</p><p class="udtSpinnerMessage
logging you in...</p><p class="udtSpinnerMessage udtLoginXo hide">We recognize you on this device, so no need to enter your password for
this purchase.</p><p class="udtSpinnerMessage webllsXoUS hide">We recognize you on this device, so you can skip login. <br><br>Manage this
setting in your profile.</p><p class="udtSpinnerMessage webllsSCA hide">We're taking you to PayPal Checkout to complete payment.</p><p
class="qrcMessage hide">Redirecting...</p><div class="webAuthnOptin hide">Updating your login settings...</p><div class="webAuthnLogin
hide">Logging you in...</p><div class="keychain spinner-content uiExp hide"></div></div><script
nonce="X86/E4z0rtxFGchaBQYWr772EPWy5gpneAj3YD890F4J2biw">var PAYPAL = PAYPAL || {};PAYPAL.ulData = {fnUrl: "" ||
"https://c.paypal.com/da/r/fb_fp.js",fnSessionId: "39W42364F0916804F",sourceId: "UL_CHECKOUT_INPUT_EMAIL_TRMT",beaconUrl:
"https://b.stats.paypal.com/v1/counter.cgi?
r=cD0zOVc0MjM2NEwOTE2ODA0RiZpPTQ5LjQzLjk4LjE5MiZDPTE3Mjc4MDE1NjIuuOTIRURFTE9HSU7fzcDlUQBYDT5PX375rNAspBAviA",enableSpeedT
yping: "true",aPayAuth: "",aPayCanMakePaymentTimeout: "",tokenAssertionUri: "",preloadScriptUrl: "",preloadScriptDownloadLength:
0,fingerprintProceed: "",isSandbox: ""};</script><noscript><img src="https://c.paypal.com/v1/r/d/b/ns?
f=39W42364F0916804F&s=UL_CHECKOUT_INPUT_EMAIL_TRMT&js=0&n=1" title="ppfniframe" alt="" height="1" width="1" border="0"></noscript><script
nonce="X86/E4z0rtxFGchaBQYWr772EPWy5gpneAj3YD890F4J2biw" id="ul-sync-data">var PAYPAL = PAYPAL || {};PAYPAL.ulSync = {fnSessionId:
'39W42364F0916804F',sourceId: 'UL_CHECKOUT_INPUT_EMAIL_TRMT',fname: 'fn_sync_data',isFnWithoutIframeEnabled: 'true'};</script><!--
build:js inline --><!-- build:[src] js/lib/ --><script src='https://www.paypalobjects.com/web/res/c13/9370b079edcf2676181a8b586d82c/js/lib/fn-sync-telemetry-min.js'></script><!-- build --><!--
/build --><script nonce="X86/E4z0rtxFGchaBQYWr772EPWy5gpneAj3YD890F4J2biw">var PAYPAL = PAYPAL || {};PAYPAL.ulData = PAYPAL.ulData ||
{};PAYPAL.ulData.incontextData = {version: "",noBridge: "",env: "",icstage: "",targetCancelUrl:
"https://helvellynstore.com/checkouts/payment/paypal21payment/ECOrderPayCancel?checkout_url=32F63707-5674eF%2Fone-page-
checkouts%2F5674eF3353212cefb01f79f7e8744db%3Fprevious_step%3Dshipping_method%26step%3Dpayment_method&paymentType=Sale&payment_id=159804&
ignore_redirect=1&local_token=3ef4ecadd32997660f5827db1bbff6878_vi_sign=f15089d236b01d28be667f8d958fe4418token=39W42364F0916804F","payment
Action": "sale","paymentToken": "39W42364F0916804F","merchantID": "GJY3SNFSSSWQ4"};</script><!-- build:js inline --><!-- build:[src] js/ -
-><script nonce="X86/E4z0rtxFGchaBQYWr772EPWy5gpneAj3YD890F4J2biw"
src="https://www.paypalobjects.com/web/res/c13/9370b079edcf2676181a8b586d82c/js/checkout-split.js"></script><!-- build --><!-- /build --
><script src="https://www.paypalobjects.com/pa/js/min/pa.js"></script><script nonce="X86/E4z0rtxFGchaBQYWr772EPWy5gpneAj3YD890F4J2biw">var
fptiOptions =
{data:'pgrp=main%3Aunifiedlogin%3Asplitlogin%3A%3Aemail&page=main%3Aunifiedlogin%3Asplitlogin%3A%3Aemail%3A%3A&qual=input_email&pgst=17
27801561910&calc=f6862198757e9&nsid=GTpfpxVK0yC6tzRWhVyXcR3AG54C535_&rsta=en_US&pgst=Nodejs&env=live&s=ci&ccpg=US&csci=f3e34790d50d463a899
fa8d1868b7017&comp=unifiedloginnodeweb&tsrce=authchallengenodeweb&cu=0&ef_policy=gdpr_v2.1&c_prefs=T%3D0%2CP%3D1%2CFX3D1%2CDexplicit
_banner&transition_names_prepare_email&userRedirected=true&fltk=39W42364F0916804F&fltk=39W42364F0916804F&ae=101216%2C100942%2C103648%2C1
04200%2C105352%2C109195%2C108076%2C109047&xt=103864%2C113529%2C114559%2C127485%2C123683%2C144027%2C138090%2C143343&ctx_login_ot_content=0&
obex=checkout&landing_page=login&browser_client_type=Browser&state_name=begin_email&ctx_login_content_fetch=success&ctx_login_ctxid_fetch=
success%7Cparse-
success&ctx_login_lang_footer=shown&ctx_login_cancel_url=shown&ctx_login_signup_btn=shown%7CpayWithCard&context_id=39W42364F0916804F&ctx_l
ogin_intent=checkout&ctx_login_flow=express%26checkout&ctx_login_state_transition=login_loaded&post_login_redirect=returnUri&ret_url=%2Fwe
bapps%2Fhermes',url:'https:\/\/t.paypal.com\/ts'};var trackLazyData = "true" === "true";if(trackLazyData){fptiOptions =
{...fptiOptions,trackLazyData: true,lazyDataId: 'UnifiedLoginNodeWeb'};}function(){if(typeof PAYPAL.analytics != "undefined"){PAYPAL.core
= PAYPAL.core || {};   PAYPAL.core.pa = PAYPAL.analytics.setup(fptiOptions);        }})();</script><noscript><img
src="https://t.paypal.com/ts?
nojs=1&pgrp=main%3Aunifiedlogin%3Asplitlogin%3A%3Aemail&page=main%3Aunifiedlogin%3Asplitlogin%3A%3Aemail%3A%3A%3A&qual=input_email&pgst=17
27801561910&calc=f6862198757e9&nsid=GTpfpxVK0yC6tzRWhVyXcR3AG54C535_&rsta=en_US&pgst=Nodejs&env=live&s=ci&ccpg=US&csci=f3e34790d50d463a899
fa8d1868b7017&comp=unifiedloginnodeweb&tsrce=authchallengenodeweb&cu=0&ef_policy=gdpr_v2.1&c_prefs=T%3D0%2CP%3D1%2CFX3D1%2Ctype%3Dexplicit
_banner&transition_name=ss_prepare_email&userRedirected=true&fltk=39W42364F0916804F&fltk=39W42364F0916804F&ae=101216%2C100942%2C103648%2C1
04200%2C105352%2C109195%2C108076%2C109047&xt=103864%2C113529%2C114559%2C127485%2C123683%2C144027%2C138090%2C143343&ctx_login_ot_content=0&
obex=checkout&landing_page=login&browser_client_type=Browser&state_name=begin_email&ctx_login_content_fetch=success&ctx_login_ctxid_fetch=
success%7Cparse-
success&ctx_login_lang_footer=shown&ctx_login_cancel_url=shown&ctx_login_signup_btn=shown%7CpayWithCard&context_id=39W42364F0916804F&ctx_l
ogin_intent=checkout&ctx_login_flow=express%26checkout&ctx_login_state_transition=login_loaded&post_login_redirect=returnUri&ret_url=%2Fwe
bapps%2Fhermes" alt="" height="1" width="1" border="0"></noscript><script nonce="X86&#x2F;E4z0rtxFGchaBQYWr772EPWy5gpneAj3YD890F4J2biw">
```

```javascript
(function() {
    function loadScript(url, attributes) {
        var scriptTag = '<scr' + 'ipt src="' + url + '" ' + (attributes || '') + '></scr' + 'ipt>';
        document.write(scriptTag);
    }

    function loadV4() {
        if (!window.name || window.name.indexOf('xcomponent') !== 0) {
            return;
        }

        var version = window.name.split('__')[2].replace(/_/g, '.');

        if (!version.match(/^[0-9a-zA-Z.]+$/)) {
```